1  ERIN M. CRANE (SBN 145661)
   Attorney at Law
2  819 Eddy Street
   San Francisco, California 94109
3  Tel: (415) 522-1523/771-6174
   Fax: (415) 522-1523
4
   Attorney for Defendant
5  AESUN KIM

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11                          --oOo--

12  UNITED STATES OF AMERICA,
                                          No. CR-05-00395 CRB
13              Plaintiff,
                                          **STIPULATION AND [PROPOSED]**
14                                        **ORDER TO MODIFY PRETRIAL RE-**
                                          **LEASE CONDITIONS**
15         vs.

16  AESUN KIM,

17              Defendant.
                                    /
18  ─────────────────────────────────────

         AESUN KIM, by and through her counsel, ERIN M. CRANE, and PETER B.
19
   AXELROD,  Assistant United States Attorney, hereby stipulate that the following pretrial release
20
   conditions be modified: (1) In addition to being allowed to travel in the Northern District of
21
   California, defendant shall be allowed to travel statewide in California, i.e., in the Eastern
22
   District of California, Central District of California and the Southern District of California; and,
23
   (2) Defendant may change her residence to 923 Felbar Ave., Torrance, California 90503-5127.
24
         Ms. Kim's Pretrial Service Officer, Timothy Elder, does not oppose defendant's request
25
   to modify her pretrial release conditions in the manner stated above.
26

27
         IT IS SO STIPULATED.
28

STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS

---

**FILED**

FEB 1 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

2    DATED: February 7 ___, 2005

3

4                              ERIN M. CRANE
                               Attorney for Defendant
5                              AESUN KIM

6    DATED: February **9**, 2005

7

8
                               PETER B. AXELROD
9                              Assistant United States Attorney

10

11   IT IS SO ORDERED.

12

13       Pursuant to stipulation of the parties , IT IS HEREBY ORDERED, that defendant,

14   AESUN KIM, may: (1) Travel within all districts of California, in addition to the Northern

15   District; and, (2) Change her residence to , California.

16

17   DATED: February ___, 2005

18

19                              Magistrate Judge of the United States Court

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS                              2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

  v.

AHN et al,

        Defendant.

                                /

Case Number: CR05-00395 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary A. Laff
Law Offices of Gary A. Laff
Suite 919
3345 Wilshire Blvd.
Los Angeles, CA 90010

Peter Benjamin Axelrod
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Peter Benjamin Axelrod
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Randy Sue Pollock
Attorney at Law
2831 Telegraph Avenue
Oakland, CA 94609

Ian Gregory Loveseth
819 Eddy Street
San Francisco, CA 94109

Peter Benjamin Axelrod
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

J. Frank McCabe
500 Sansome Street
Suite 212
San Francisco, CA 94111

Peter Benjamin Axelrod
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Michael R. Berger
3306 Harrison St.
Oakland, CA 94611

Peter Benjamin Axelrod
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Christopher J. Cannon
Sugarman & Cannon
44 Montgomery St.
Suite 2080
San Francisco, CA 94104

Elizabeth Meyer Falk
Office of the Public Defender's Office
450 Golden Gate Avenue 19th Floor
San Francisco, CA 94102

Erin Margaret Crane
759 Grove St.
San Francisco, CA 94102

Michael Murray
 Law Offices of Michael H. Murray
1989 Santa Rita Road, Ste. 238
Pleasanton, CA 94566-4751

Peter Benjamin Axelrod
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Scott Sugarman
Sugarman and Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104

Peter Benjamin Axelrod
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Steven Francis Gruel
Law Office of Steven F. Gruel
655 Montgomery Street, Suite 1700
San Francisco, CA 94111

Alan Baum
Criminal Defendse Associates
Suite 301
20700 Ventural Boulevard
Woodland Hills, CA 91364

Alan A. Dressler
Alan A. Dressler
633 Battery St., Ste 635
San Francisco, CA 94111

Charles Frederick Bourdon
Bourdon & Reisman
861 Bryant Street
San Francisco, CA 94103

Diana Leigh Weiss
Law Office of Diana L. Weiss
1563 Solano Ave
#223
Berkeley, CA 94707

Gary A. Laff
Law Offices of Gary A. Laff
Suite 919
3345 Wilshire Blvd.
Los Angeles, CA 90010

Peter Benjamin Axelrod
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Tak S. Chang
1530 The Alameda #305
San Jose, CA 95126

James Bustamante
Law Offices of James Bustamante
809 Montgomery Street
2nd Floor
San Francisco, CA 94133

Peter Benjamin Axelrod

United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Peter Benjamin Axelrod
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Robert F. Kane
Law Offices of Robet F. Kane
870 Market Street, Suite 1128
San Francisco, CA 94102

Edward W. Swanson
Swanson & McNamara, LLP
300 Montgomery St., Suite 1100
San Francisco, CA 94104

Peter Benjamin Axelrod
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Edward Hung
Wong & Associates
Jack London Square
413 Third Street
Oakland, CA 94607

Lawrence Wong
Wong & Associates
413 Third Street
Oakland, CA 94607

Peter Benjamin Axelrod
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Geri Lynn Green
Law Offices of Geri Lynn Green
5214-F Diamond Heights Boulevard
#332
San Francisco, CA 94131

Peter Benjamin Axelrod
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

George G. Walker
George G. Walker
633 Battery St. #635

4

San Francisco, CA 94111

Peter Benjamin Axelrod
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Kenneth H. Wine
Hallinan Wine & Sabelli
345 Franklin Street
San Francisco, CA 94102

Peter Benjamin Axelrod
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Richard A. Tamor
Tamor & Tamor
Lake Merritt Plaza
1999 Harrison, Suite 1400
Oakland, CA 94612

Mark Rendon Vermeulen
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110-2044

Michael Hinckley
1306 Pine St.
Walnut Creek, CA 94596

Michael Hinckley
Stiglich & Hinckley, LLP
502 7th Street
San Francisco, CA 94103

Peter Benjamin Axelrod
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Erik G. Babcock
Law Offices of Erik Babcok
1212 Broadway, Suite 726
Oakland, CA 94612

Peter Benjamin Axelrod
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Peter Benjamin Axelrod
United States Attorney's Office

450 Golden Gate Avenue
San Francisco, CA 94102

Stephen Shaiken
Law Offices of Stephen Shaiken
170 Columbus Avenue
Suite 100
San Francisco, CA 94133

Brian P. Berson
Law Offices of Brian Berson
235 Montgomery Street
Suite 625
San Francisco, CA 94104

Peter Benjamin Axelrod
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: February 10, 2006

Richard W. Wieking, Clerk
By: BRENDA TOLBERT, Deputy Clerk