```
 1  ERIN M. CRANE (SBN 145661)
    Attorney at Law
 2  819 Eddy Street
    San Francisco, California  94109
 3  Tel:  (415) 522-1523/771-6174
    Fax: (415) 522-1523
 4
    Attorney for Defendant
 5  AESUN KIM
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10              SAN FRANCISCO DIVISION
11                        --o0o--
12  UNITED STATES OF AMERICA,
                                      No. CR-05-00395 CRB
13          Plaintiff,
                                      **STIPULATION AND [PROPOSED]**
14                                    **ORDER TO WAIVE DEFENDANT'S**
        vs.                           **APPEARANCE AND CONTINUE**
15                                    **STATUS CONFERENCE**
    AESUN KIM,
16
            Defendant.
17  _____/
```

18  AESUN KIM, by and through her counsel, ERIN M. CRANE, and PETER B.

19  AXELROD,  Assistant United States Attorney, hereby stipulate that her appearance be waived at

20  the April 5, 2006 status conference and respectfully request that the matter be continued to April

21  26, 2006, due to the fact that Ms. Kim resides in Southern California, counsel are working out

22  the terms of a plea agreement and expect that she will enter a change of plea at that time.

23  IT IS SO STIPULATED.

24
        DATED: April 3, 2006
25
                                        /s/ Erin M. Crane
26                                      ERIN M. CRANE
                                        Attorney for Defendant
27                                      AESUN KIM

28

**STIPULATION AND PROPOSED ORDER TO WAIVE DEFENDANT AESUN KIM'S APPEARANCE AND CONTINUE STATUS CONFERENCE.**

DATED:   April 3, 2006

/s/ Peter B. Axelrod
PETER B. AXELROD
Assistant United States Attorney

IT IS SO ORDERED.

Pursuant to stipulation of the parties, IT IS HEREBY ORDERED, that defendant AESUN KIM's appearance at the April 5, 2006 status conference be waived, and that the matter be continued to April 26, 2006 at 2:15 p.m. for status/change-of-plea.

DATED: April  4 , 2006

The Honorable Charles Breyer
United States District Court Judge



STIPULATION AND PROPOSED ORDER TO WAIVE DEFENDANT AESUN KIM'S APPEARANCE AND CONTINUE STATUS CONFERENCE.   2